IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOTETOURT COUNTY, VIRGINIA, <br> a political subdivision of the <br> Commonwealth of Virginia, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, <br> Attorney General of the <br> United States of America, <br> WAN J. KIM, <br> Assistant Attorney General, <br> Civil Rights Division, United States <br> Department of Justice, Washington, DC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONVENE THREE-JUDGE COURT

This memorandum is respectfully submitted in support of the foregoing motion to convene a three-judge court.

ARGUMENT

Plaintiff Botetourt County, Virginia, ("the County") has filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b. Plaintiff's action seeks a declaratory judgment from this Court granting the County an exemption from the special remedial provisions of the Voting Rights Act.

A three-judge court is required under Section 4 of the Voting Rights Act: "A district court of three-judges shall be convened to hear and determine the action." See 42 U.S.C. §1973b.

In other cases recently brought before this Court by jurisdictions under Section 4 of the Voting Rights Act, orders have been entered granting motions to convene three-judge courts, and requesting the convening of a three-judge court. In such cases, three-judge courts have been convened to hear and determine the action. See, *e.g.*, *City of Salem v. Gonzales*, No. 06-00977 (D.D.C., Order entered May 31, 2006); *Augusta County, Virginia v. Gonzales*, No. 05-1885 (D.D.C., Order entered October 7, 2005); *City of Winchester v. Ashcroft*, No. 00-3073 (D.D.C., Order entered February 5, 2001); *Roanoke County, Virginia v. Reno*, No. 00-1949 (D.D.C., Order entered October 26, 2000); *Frederick County, Virginia v. Reno*, No. 99-0941 (D.D.C., Order entered May 10, 1999); and *City of Fairfax, Virginia, v. Reno*, No. 97-2212 (D.D.C., Order entered October 1, 1997).

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully urges this Court to grant the motion to convene a three-judge court. A proposed order is enclosed herewith.

**For Plaintiff BOTETOURT COUNTY:**

/s/ J. Gerald Hebert_____
J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Va. 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676
Email: jghebert@comcast.net