IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOTETOURT COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br>Attorney General of the<br>United States of America,<br>WAN J. KIM,<br>Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC,<br><br>    Defendants. | **FILED**<br><br>JUN 1 4 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No.   **06 1052** (RMC) |

## ORDER

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2]. According to the motion, the defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this 14th day of May, 2006:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

_____
UNITED STATES DISTRICT JUDGE