# United States Court of Appeals
### For The District of Columbia Circuit

No. 421
September Term, 2005
06cv1052

United States Court of Appeals
For the District of Columbia Circuit

FILED JUN 26 2006

Botetourt County, Virginia,

    Plaintiff,

v.

Alberto R. Gonzales, et al.,

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Rosemary M. Collyer, United States District Judge, having notified me of her conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Karen LeCraft Henderson, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable James Robertson, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Rosemary M. Collyer, United States District Judge, as members of the court to hear and determine this case. Judge Henderson will preside.

                                                    Douglas H. Ginsburg
                                                    Chief Judge

Date: 06-26-06