IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

BOTETOURT COUNTY, VIRGINIA, )
a political subdivision of the )
Commonwealth of Virginia, )
)
    Plaintiff, )
)
v. )
)
ALBERTO R. GONZALES, )
Attorney General of the )    Civil Action No.
United States of America, )
WAN J. KIM, )    1:06CV-01052 (KLH), RMC, JR)
Assistant Attorney General, )
Civil Rights Division, United States )    (three-judge court)
Department of Justice, Washington, DC, )
)
    Defendants. )
_____)

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

The plaintiff Botetourt County, Virginia, and the Defendants Alberto R. Gonzales and Wan J. Kim, through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree.

The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought under Section 4 of the Voting Rights Act, as amended, 42 U.S.C. §1973b. See, *e.g.*, *Augusta County, VA v. Gonzales*, C.A. No. 05-1885 (D.D.C. November 30, 2005); *Greene County, Va. v. Ashcroft*, C.A. No. 03-1887 (January 19, 2004); *Roanoke County, VA v. Reno*, C.A. No. 00-1949 (D.D.C. January 24, 2001); *City of Winchester, VA v. Ashcroft*, C.A. No. 00-3073 (D.D.C. May 31, 2001); and *City of Fairfax, v. Reno*, C.A. No. 97-

No. 97-2212 (D.D.C. October 21, 1997). As in those actions, this motion is based on the Stipulation of Facts which is being filed simultaneously herewith.

WHEREFORE, Plaintiff and Defendants respectfully pray that this joint motion be granted.

For the Plaintiff Botetourt County, Virginia

J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Va. 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676

For the Defendants Alberto R. Gonzales
and Wan J. Kim:

KENNETH L. WAINSTEIN
United States Attorney

JOHN TANNER
CHRISTY A. McCORMICK
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-2386